**TELEFLEX, INCORPORATED and Technology Holding Company, Plaintiffs–Appellants,**

v.

**KSR INTERNATIONAL CO., Defendant–Appellee.**

No. 2004–1152.

United States Court of Appeals, Federal Circuit.

June 20, 2007.

Before MAYER, SCHALL, and PROST, Circuit Judges.

*ORDER*

SCHALL, Circuit Judge.

In *Teleflex Inc. v. KSR International, Co.*, 119 Fed.Appx. 282 (Fed.Cir.2005), this court reversed the decision of the United States District Court for the Eastern District of Michigan that granted summary judgment in favor of KSR that claim 4 of Teleflex's U.S Patent No. 6,237,565 B1 is invalid by reason of obviousness. In *KSR International Co. v. Teleflex, Inc.*, —— U.S. ——, 127 S.Ct. 1727, 167 L.Ed.2d 705 (2007), the Supreme Court of the United States reversed the judgment of this court and remanded the case to this court for